RECEIVED
AUG 31 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MITCHELL BAYONNE, Plaintiff | CIVIL ACTION NO. 1:15-CV-00099 |
| VERSUS | CHIEF JUDGE DRELL |
| CITY OF NATCHITOCHES, ET AL. Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment (Doc. 37) filed by Defendants Deputy Derrick Caballero and Sheriff Victor Jones, Jr. is GRANTED, and that all claims against Defendants Deputy Derrick Caballero and Sheriff Victor Jones, Jr. are DISMISSED. However, the Report and Recommendation suggests dismissal without prejudice after a cogent analysis establishing that dismissal WITH prejudice is appropriate. Accordingly, the dismissal against Deputy Derrick Caballero and Sheriff Victor Jones shall be with prejudice.

IT IS FURTHER ORDERED that the Motion to Dismiss and for Summary Judgment (Doc. 40) filed by the City of Natchitoches is GRANTED, and that all claims

against the City of Natchitoches, the Sheriff's Office of Natchitoches Parish and "Unknown Officers" are likewise DISMISSED WITH PREJUDICE.

SIGNED at Alexandria, Louisiana, on this 31st day of August, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT